**FILED**

SEP 2 1 2005

RALPH L. DeLOACH, CLERK
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | Criminal Action |
| ) | |
| v. ) | Case No. 05-_M-6127_-01-07-_DWB_ |
| ) | |
| MICHAEL L. BURKE, ) | |
| CHAD M. CHURCHILL, ) | |
| KIM CHURCHILL, ) | |
| SCOTT L. HJETLAND, ) | |
| RONALD LAUDICK, ) | |
| MARK S. RICKER, ) | |
| and LONNIE J. WINKLEMAN, ) | |
| ) | |
| Defendants. ) | |

## INFORMATION

The United States Attorney charges:

### COUNT 1

On or about November 6, 2004, in the District of Kansas,

**MICHAEL L. BURKE,
CHAD M. CHURCHILL,
KIM CHURCHILL,
SCOTT L. HJETLAND,
RONALD LAUDICK,
MARK S. RICKER,
and LONNIE J. WINKLEMAN,**

the defendants herein, unlawfully and without being permitted to do so did hunt or kill or did aid and abet the hunting or killing of a protected migratory bird, that is the defendants did hunt or kill or aid and abet the hunting or killing of a Whooping Crane (*Grus americana*).

In violation of Title 16, United States Code § 703 and Title 18, United States Code § 2.

                  ERIC F. MELGREN
                  United States Attorney

                  LANNY D. WELCH
                  Assistant U.S. Attorney
                  1200 Epic Center
                  301 N. Main
                  Wichita, Kansas 67202
                  (316) 269-6481
                  Ks. S.Ct. No. 13267